UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-6-H-2

UNITED STATES OF AMERICA )
)
v. ) O R D E R
)
IRESHIA DONTE SUMMERS a/k/a )
ERIC SUMMERS )

This matter having come before the Court on the United States' motion to allow agents of the Federal Bureau of Investigation (FBI) to take saliva samples containing buccal cells (Cheek epithelial cells) from the defendant, and for probable cause shown, the motion is hereby GRANTED. Agents of the FBI may secure samples of the defendant's saliva containing buccal cells (Cheek epithelial cells) by swabbing the inside of the defendant's mouth with a cotton swab, and comparing the same to any DNA recovered from relevant evidence.

SO ORDERED, this 20th of March 2013.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge