IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-6-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>IRESHIA DONTE SUMMERS, )<br>    Defendant. ) | **ORDER** |

This matter is before the court on the government's motion to dismiss the pro se motions filed by defendant and on the defendant's motion to continue his arraignment. Defendant has exercised his right to court appointed counsel and is, in fact, represented by counsel appointed by the Federal Public Defender. As such, defendant is not entitled to file motions on his own behalf. For the reasons set forth in the government's memorandum, defendant's pro se motions are DISMISSED. For good cause shown, the court hereby CONTINUES defendant's arraignment to the court's June 4, 2013 criminal term. Any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 16th day of April 2013.

                                            MALCOLM J. HOWARD
                                            Senior United States District Judge

At Greenville, NC
#31