IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-6-2H
No. 5:17-CV-473-H

IRESHIA DONTE SUMMERS,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This 18th day of December 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35